AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  2:24-cr-00017-GMN-BNW |
| ) | |
| MICHAEL GERALD HAMMOND ) | |
| *Defendant* ) | |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | March 17, 2026, at 2:00 PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      March 13, 2026

_____
*Judge's signature*

Nancy J. Koppe, United States Magistrate Judge
*Printed name and title*

_X_ FILED        _____ RECEIVED
_____ ENTERED    _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 13, 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY