RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Michael Gerald Hammond

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00017-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Michael Gerald Hammond, that the Revocation Hearing currently scheduled on March 27, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    The defendant has two pending related state matters, which are scheduled to be heard in state court in April 2026.

2.    Counsel for the defendant needs additional time to investigate those matters and the violations in the instant matter.

3.    Counsel for the defendant also needs additional time to prepare for the revocation hearing and engage in negotiations with the government for a potential resolution.

4.    The defendant is not in custody and agrees with the need for the continuance.

5.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 24th day of March, 2026.


RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States


By */s/ Dawn A. Penn*

DAWN A. PENN
Assistant Federal Public Defender

By */s/ Melinda Brewer*

MELINDA BREWER
Assistant United States Attorney

2

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00017-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 27, 2026 at 11:30 a.m., be vacated and continued to __May 15, 2026__ at the hour of 11:00 a.m.

DATED this __25__ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE