RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Michael Gerald Hammond

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00017-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Michael Gerald Hammond, that the Revocation Hearing currently scheduled on May 15, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.     In the last request for a continuance, defense counsel represented that the defendant has two pending related state matters. Since then, one of the state cases has been dismissed. In regard to the other, a preliminary hearing has been set for June 18, 2026.

2.    The parties believe that the revocation hearing should be continued to allow for the state case to proceed, as its outcome directly affects revocation.

3.    Counsel for the defendant also needs additional time to engage in negotiations with the government for a potential resolution.

4.    Defense counsel currently has an all-day evidentiary hearing scheduled for June 25, 2026.

5.    The defendant is not in custody and agrees with the need for the continuance.

6.    The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 6th day of May, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

By */s/ Melinda Brewer*
MELINDA BREWER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00017-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 15, 2026 at 11:00 a.m., be vacated and continued to <u>July 1, 2026</u> at the hour of 9:00 a.m.

DATED this _6_ day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

3