RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Michael Gerald Hammond

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00017-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Michael Gerald Hammond, that the Revocation Hearing currently scheduled on July 1, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      In the last request for a continuance, defense counsel represented that the defendant has two pending related state matters. Since then, one of the state cases has been dismissed. In regard to the other, a preliminary hearing has been set for August 20, 2026.

2.      The parties believe that the revocation hearing should be continued to allow for the state case to proceed, as its outcome directly affects revocation.

3.      Counsel for the defendant also needs additional time to engage in negotiations with the government for a potential resolution.

4.      The defendant is not in custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 25th day of June, 2026.


RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United
States


By /s/ Dawn A. Penn

By /s/ Melinda Brewer

DAWN A. PENN
Assistant Federal Public Defender

MELINDA BREWER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00017-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 1, 2026 at 9:00 a.m., be vacated and continued to September 15, 2026 at the hour of 9:30 a.m.

DATED this 26 day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

3