RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Michael Gerald Hammond

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL GERALD HAMMOND,<br>Defendant. | Case No. 2:24-cr-00017-GMN-BNW<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Michael Gerald Hammond, that the Revocation Hearing currently scheduled on October 14, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The defendant has two pending related state matters. Hearings are set for those matters on October 15 and October 27, 2026.

2. The parties believe that the revocation hearing should be continued to allow for the state cases to proceed, as their outcome directly affects revocation.

3. Counsel for the defendant also needs additional time to engage in negotiations with the government for a potential resolution.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 8th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By */s/ Melinda Brewer*
MELINDA BREWER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL GERALD HAMMOND,

Defendant.

Case No. 2:24-cr-00017-GMN-BNW

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 14, 2026 at 10:00 a.m., be vacated and continued to November 9, 2026 at the hour of 9:00 a.m.

DATED this 8 day of October, 2026.

UNITED STATES DISTRICT JUDGE