**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL GERALD HAMMOND,

Defendant.

Case No. 2:24-cr-00017-GMN-BNW

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 9, 2026 at 9:00 a.m., be vacated and continued to December 7, 2026 at the hour of 10:30 a.m.

DATED this 30 day of October, 2026.

UNITED STATES DISTRICT JUDGE