**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL GERALD HAMMOND,<br>Defendant. | Case No. 2:24-cr-00017-GMN-BNW<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 7, 2026 at 10:30 a.m., be vacated and continued to February 3, 2027 at the hour of 10:00 a.m.

DATED this 24 day of November, 2026.

UNITED STATES DISTRICT JUDGE